IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TRACEY SMITH,

    Plaintiff,

v.

                              Case No. 6:21-cv-00768-PGB-EJK

EXPERIAN INFORMATION SOLUTIONS, INC.,
*ET AL.,*

    Defendants.
_____

### **PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    None known to Plaintiff at this time.

2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

Plaintiff Tracey Smith;

Plaintiff's Counsel, Daniel M. Brennan;

Plaintiff's Law Firm Credit Repair Lawyers of America;

Defendant Experian Information Solutions, Inc.;

Defendant Equifax Information Services, LLC;

Defendant Trans Union, LLC; and

Defendant National Credit Systems, Inc.

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

Defendant Experian Information Solutions, Inc.;

Defendant Equifax Information Services, LLC;

Defendant Trans Union, LLC; and

Defendant National Credit Systems, Inc.

4.) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Plaintiff Tracey Smith.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge

assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

May 3, 2021

                                Respectfully submitted,

                                By: /s/ Daniel Brennan
                                Daniel Brennan
                                Bar Number 43395
                                Credit Repair Lawyers of America
                                22142 West Nine Mile Road
                                Southfield, MI 48033
                                Telephone: (248) 353-2882
                                Facsimile: (248) 353-4840
                                E-Mail: daniel@crlam.com
                                *Attorney(s) for Plaintiff,*
                                *Tracey Smith*

**Proof of Service**

I, Daniel M. Brennan, hereby state that on May 3, 2021 I served a copy of the within pleading upon all counsel as their addresses appear of record, via the CM/ECF system.

                /s/ Daniel M. Brennan