**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| TRACEY SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and NATIONAL CREDIT SYSTEMS, INC., | ) ) ) CASE NO. 6:21-cv-00768-PGB-EJK ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**CERTIFICATE OF INTERESTED PERSONS AND**
<u>**CORPORATE DISCLOSURE STATEMENT**</u>

Defendant Experian Information Solutions, Inc., pursuant to Middle District Local Rule 3.03 and Federal Rule of Civil Procedure 7.1, submits the following Certificate of Interested Persons and Corporate Disclosure Statement:

1. **Each person — including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity — that has or might have an interest in the outcome;**

    a.  Plaintiff Tracey Smith

    b.  Daniel Brennan, Credit Repair Lawyers of America, Counsel for Plaintiff

    c.    Defendant Experian Information Solutions, Inc. ("Experian"). The ultimate parent company of Experian is Experian plc. Experian plc indirectly owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange. The following companies are the US-based subsidiaries of Experian plc that are not wholly owned and are not publicly traded:

        i.    Central Source LLC

        ii.    Online Data Exchange LLC

        iii.    New Management Services LLC

        iv.    VantageScore Solutions LLC

        v.    Opt-Out Services LLC

    d.    Maria H. Ruiz, Kasowitz Benson Torres, LLP, counsel for Defendant Experian.

    e.    Defendant Equifax Information Services LLC.

    f.    Defendant Trans Union, LLC

    g.    National Credit Systems, Inc.

**2.    Each entity with publicly traded shares or debt potentially affected by the outcome:**

None other than those disclosed above.

**3.    Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:**

None known at this time.

**4.    Each person arguably eligible for restitution:**

None known at this time.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

/s/ *Maria H. Ruiz*
Maria H. Ruiz
Florida Bar No. 182923
KASOWITZ BENSON TORRES LLP
1441 Brickell Avenue, Suite 1420
Miami, FL  33131
Telephone:  (786) 587-1044
Facsimile:  (305) 675-2601
MRuiz@Kasowitz.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*