# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

TRACEY SMITH,

        **Plaintiff,**

v.                                       Case No: 6:21-cv-768-PGB-EJK

EXPERIAN INFORMATION
SOLUTIONS, INC., TRANS
UNION, LLC and NATIONAL
CREDIT SYSTEMS, INC.,

        **Defendants.**
_____/

## ORDER TO SHOW CAUSE

This case is before the Court upon periodic review. Defendant **National Credit Systems, Inc.** has failed to comply with the Court's Order of May 5, 2021 directing counsel to file a Certificate of Interested Persons in compliance with Local Rule 3.03 within fourteen days of any appearance in the case. Therefore, it is

**ORDERED** that **National Credit Systems, Inc.** shall **SHOW CAUSE** and file its response to said Order within **fourteen (14)** days from the date of this Order. Failure to comply with this Order may result in the imposition of sanctions without further notice.

**DONE AND ORDERED** in Orlando, Florida on August 19, 2021.

*[Signature]*

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

2

Copies furnished to:

Counsel of Record
Unrepresented Parties