## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**TRACEY SMITH,**

      **Plaintiff,**

**v.**                     **Case No: 6:21-cv-768-PGB-EJK**

**EXPERIAN INFORMATION
SOLUTIONS, INC., TRANS
UNION, LLC and NATIONAL
CREDIT SYSTEMS, INC.,**

      **Defendants.**

_____/

## ORDER

This cause is before the Court on the parties' Stipulation of Dismissal between Plaintiff and Defendant Trans Union LLC, filed December 8, 2021. (Doc. 43). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Trans Union LLC are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate Trans Union LLC from the file.

**DONE AND ORDERED** in Orlando, Florida on December 9, 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties