UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**TRACEY SMITH,**

    **Plaintiff,**

v.                                           Case No: 6:21-cv-768-PGB-EJK

**EXPERIAN INFORMATION
SOLUTIONS, INC. and
NATIONAL CREDIT SYSTEMS,
INC.,**

    **Defendants.**
_____/

## ORDER

This cause is before the Court on the parties' Stipulation of Dismissal between Plaintiff and Defendant Experian Information Solutions, Inc. ("**Experian**"), filed April 7, 2022. (Doc. 49). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Experian are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate Experian from the file.

**DONE AND ORDERED** in Orlando, Florida on April 8, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

Case 6:21-cv-00768-PGB-E_K   Document 50   Filed 04/08/22   Page 2 of 2 PageID 256